UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

               Plaintiff,

– against –

LEGATOS HOLDINGS, INC.,

               Defendant.

**ORDER**

21 Civ. 415 (ER)

RAMOS, D.J.:

    The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

    **Any application to reopen must be filed within sixty (60) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court. The initial pretrial conference scheduled for July 20, 2021 at 11:00am is hereby cancelled.

It is SO ORDERED.

Dated:   July 1, 2021
           New York, New York

                                                 EDGARDO RAMOS, U.S.D.J.